IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:17-CR-00178-03 |
| | : | |
| **v.** | : | |
| | : | |
| **JUAN RIVERA MARRERO** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendant Juan Rivera Marrero's motion for compassionate release is **GRANTED** and his sentence is reduced to time served;

(2) This order is **STAYED** for up to fourteen days, for the verification of the defendant's residence and establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended;

(3) Pursuant to 18 U.S.C. § 3582(c)(1)(A), Mr. Marrero shall serve a "special term" of supervised release, with the condition of home confinement, until September 9, 2021;

(4) Beginning September 9, 2021, Mr. Marrero shall serve a five-year term of supervised release in accordance with his original sentence, and pursuant to the same conditions. (Doc. 326.)

**IT IS SO ORDERED.**

>*/s/ Sylvia H. Rambo*
>SYLVIA H. RAMBO
>United States District Judge

Dated: November 20, 2020